**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 44639**

| | |
|---|---|
| STATE OF IDAHO, | ) 2017 Unpublished Opinion No. 428 |
| | ) |
| Plaintiff-Respondent, | ) Filed: April 17, 2017 |
| | ) |
| v. | ) Stephen W. Kenyon, Clerk |
| | ) |
| RICKY ARNELL WARD, | ) THIS IS AN UNPUBLISHED |
| | ) OPINION AND SHALL NOT |
| Defendant-Appellant. | ) BE CITED AS AUTHORITY |
| | ) |

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Deborah A. Bail, District Judge.

Judgment of conviction and unified sentence of ten years, with a minimum period of confinement of four years, for battery on a correctional officer, <u>affirmed</u>.

Eric D. Fredericksen, State Appellate Public Defender; Kimberly A. Coster, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before GRATTON, Chief Judge; GUTIERREZ, Judge;
and HUSKEY, Judge

_____

PER CURIAM

Ricky Arnell Ward pled guilty to battery on a correctional officer, Idaho Code §§ 18-915(2), 18-903, and 19-2520F, with a persistent violator enhancement, I.C. § 19-2514. The district court imposed a unified sentence of ten years, with a minimum period of confinement of four years, to be served upon completion of a previously imposed sentence in a separate case. Ward appeals, contending that his sentence is excessive.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-

1

15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Ward's judgment of conviction and sentence are affirmed.